■ CECILIA M. FRY, as Limited Administratrix of the Estate of FRANK J. LEHMAN, Deceased, Respondent, v TOWN OF AMHERST et al., Appellants. (Appeal No. 2.)—Order unanimously reversed, without costs and motion

denied. Same memorandum as in *Belinson v Sewer Dist. No. 16 of Town of Amherst,* (65 AD2d 913). (Appeal from order of Erie Supreme Court—strike defense.) Present—Marsh, P. J., Simons, Hancock, Jr., Schnepp and Witmer, JJ.